**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

UNITED STATES OF AMERICA    :
                   :
v.                             :    Case No. 1:25-CR-00002
                   :
JAMES EDWARD WILLIAMS    :

### AGREED STATEMENT OF FACTS

This Agreed Statement of Facts briefly summarizes the facts and circumstances surrounding the criminal conduct of James Edward Williams ("Williams") in this case. It does not contain all the information discovered during the investigation or applicable to an accurate Presentence Investigation Report or sentencing guidelines calculation. This Agreed Statement of Facts is not protected by proffer agreement or any other agreement, and it shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary.

On or about April 9, 2024, Williams knowingly and intentionally sold a confidential informant working for the Southwest Drug Task Force 14.566 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, for $230. The controlled purchase was audio and video recorded and took place at Williams' residence in Wise County, Virginia, which is within the Western District of Virginia.

On or about April 15, 2024, Williams knowingly and intentionally sold a confidential informant working for the Southwest Drug Task Force 27.17 grams of a mixture or substance containing methamphetamine for $425. The controlled purchase was audio and video recorded and took place at Williams' residence in Wise County, Virginia.

1

On or about July 19, 2024, Williams crossed the center line multiple times while driving a Nissan Sentra after having just left a known drug house in Wise County, Virginia. Officers performed a legal traffic stop. Williams failed standard sobriety tests and was arrested for driving under the influence. After being mirandized, Williams admitted smoking marijuana on the day of the stop and methamphetamine a couple days prior. A search of Williams' person revealed a small plastic baggy containing methamphetamine in his rear pants' pocket, which Williams said he had just purchased from a known drug source. During a legal inventory of Williams' vehicle before having it towed, officers found approximately 84.44 grams of 84 percent pure methamphetamine in a black and silver lock box, a plastic baggy with four tablets containing fentanyl and xylazine and one tablet containing xylazine, a silencer with no serial number, numerous rounds of assorted ammunition, and three lock boxes. The three lock boxes, which were subsequently opened pursuant to a search warrant, contained firearms—specifically a CZ, Model CZ52, 7.62 caliber pistol, Iberia Arms (Hi-Point), Model JCP, .40 caliber pistol, and Raven Arms, Model MP-25, 25 auto pistol. Williams knowingly and intentionally possessed the three firearms, each of which traveled in and affected interstate commerce. Williams also knowingly and intentionally possessed the approximately 84.44 grams of methamphetamine with the intent to distribute it.

At the time Williams possessed the firearms described above, he knew he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year. Further, before Williams committed the offenses charged in the Information, Williams had at least three prior convictions for violent felonies or serious drug offenses

2

committed on occasions different from one another. Specifically, Williams had the final convictions listed in Count Two of the Information, which are final convictions for serious drug felonies or serious violent felonies for which he served more than 12 months of imprisonment and was released from serving any term of imprisonment related to such offenses within 15 years of the commencement of the instant offenses.

By signing below, James Edward Williams affirms that he has reviewed this statement of facts with his attorney, and that he agrees it is true and accurate. Williams further agrees that, had this matter proceeded to trial, the government would have proven the facts outlined above beyond a reasonable doubt.

2-4-2025
Date

James Edward Williams
Defendant

2/4/2025
Date

Charles Lee Bledsoe
Counsel for Defendant

2/4/2025
Date

Lena Busscher
Assistant United States Attorney